No. 168A17                                                    EIGHTEENTH DISTRICT

SUPREME COURT OF NORTH CAROLINA

****************

| | |
|---|---|
| IN RE SOUTHEASTERN EYE CENTER – PENDING MATTERS | ) ) |
| ———————————————————— | ) |
| | ) |
| IN RE SOUTHEASTERN EYE CENTER – JUDGMENTS | ) ) ) |

Guilford County

****************

ORDER

Appellant has failed to demonstrate grounds for appellate review under N.C.G.S. 7A-27(a)(3) (2017). The appeal in this matter is therefore dismissed.

By order of the Court in Conference, this the 1st day of March, 2018.

s/Morgan, J.

For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 2nd day of March, 2018.

s/Amy L. Funderburk

AMY L. FUNDERBURK

Clerk of the Supreme Court